NO. 07-04-0355-CR
07-04-0356-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 14, 2005

_____

EARL WAYNE MURPHY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 43,300-C, 35,122-C; HONORABLE PATRICK A. PIRTLE, JUDGE
_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Pending before this Court are appellant's motions to dismiss his appeals. Appellant and his attorney both have signed the document stating that appellant withdraws his notices of appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motions. Accordingly, the appeals are dismissed. No motion for rehearing will be entertained and our mandates will issue forthwith.

Phil Johnson
Chief Justice

Do not publish.